# Court of Appeals
# of the State of Georgia

ATLANTA,___April 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1195.  FRAZIER v. GEICO INSURANCE COMPANY et al.**

The pro se appellant, Jolie Frazier, commenced this action in the Magistrate Court of Fulton County seeking recovery for injuries sustained in a motor vehicle collision.  The magistrate court entered judgment for Frazier, and the defendant appealed to the State Court of Fulton County.  On November 2, 2015, the state court entered an order on various motions, overruling Frazier's objection to defense counsel's leave of absence, denying Frazier's objection to production of documents and motion to confine the scope of discovery, and granting the defendant's motion to compel. Frazier then instigated this direct appeal on November 24, 2015.

As no final judgment has been entered, the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b) was required in this case, and Frazier's failure to comply with that procedure deprives this Court of jurisdiction.  *American Express Co. v. Yondorf*, 169 Ga. App. 498 (313 SE2d 756) (1984).  Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/14/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*